STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Randall Earl Hart
Attorney at Law
1301 Common St.
Lake Charles LA 70601

REHEARING ACTION: May 18, 2016

**Docket Number: 15   01090-CW**

**ALYCIA RODE (D), ET AL.**
**VERSUS**
**DR. FRANK LOPEZ, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2015-0712**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. John D. Saunders**
**Hon. Billy Howard Ezell**
**Hon. Shannon J. Gremillion**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Paul Rode, et al** is:

**REHEARING GRANTED.**
Gremillion, J., dissents and would deny the rehearing.
Conery, J., dissents and would deny the rehearing.

Briefing is ordered by the court.  The following schedule is established,
and no extensions will be granted.

Plaintiffs' brief is due on or before: 05/25/16
Dr. Mahony's and Dr. Ramm's brief are due on or before: 06/02/16

The case will be considered submitted to the court on briefs on June 21,
2016.

cc: Elizabeth Fontenot Shea, Counsel for the Applicant
    John Gregory Bergstedt, Counsel for the Applicant
    L. Paul Foreman, Counsel for  the Respondent